Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>RASHEED CHAFA ECHOLS,<br><br>            Defendant. | No. CR18-131RAJ<br><br>ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |

THIS MATTER comes before the Court on Defendant Rasheed Chafa Echols' Motion to Continue Pretrial Motions Deadline. The Court, having reviewed Defendant's motion, and having ruled at a hearing on August 1, 2018 that the trial date in this matter shall be continued to May 6, 2019, the Court GRANTS Defendant's Motion to Continue Pretrial Motions Deadline (Dkt. #280). Counsel have been directed to confer and prepare a case management order, which shall include all case deadlines, including the filing of pretrial motions.

DATED this 2nd day of August, 2018.

                                                                    _____
                                                                     The Honorable Richard A. Jones
                                                                     United States District Judge