The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

RASHEED CHAFA ECHOLS,

Defendant.

NO. CR18-131RAJ

ORDER GRANTING DEFENDANT ECHOLS' MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE

THIS COURT has considered Defendant Rasheed Chafa Echols' Unopposed Motion to Continue Pretrial Motions Deadline, and the records and pleadings already on file, and finding good cause, it is hereby

ORDERED that Defendant Echols' Motion to Continue Pretrial Motions Deadline (Dkt. #540) is GRANTED. The "Pretrial Motions I" deadline shall be continued to February 8, 2019.

DATED this 17th day of January, 2019.

The Honorable Richard A. Jones
United States District Judge

Allen, Hansen, Maybrown &
Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681