Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RASHEED CHAFA ECHOLS,<br><br>Defendant. | No. 2:18-cr-00131-RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER comes before the Court on Defendant Rasheed Chafa Echols's Motion for Early Termination of Supervised Release.  Having considered the parties' briefing, and the files and pleadings herein,

IT IS ORDERED that Defendant's Motion for Early Termination of Supervised Release (Dkt. 1734) is **DENIED**.

DATED this 30th day of January, 2024.

The Honorable Richard A. Jones
United States District Judge