The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RASHEED CHAFA ECHOLS, <br><br> Defendant. | NO. 2:18-cr-00131-RAJ <br><br> ORDER TERMINATING SUPERVISED RELEASE |

The Court, having considered Defendant Rasheed Chafa Echols' Second Motion to Terminate Supervised Release, which has not been opposed by the United States, hereby orders that, pursuant to 18 U.S.C. § 3583(e)(1), the motion (Dkt. 1814) is GRANTED. The supervised release of Defendant Rasheed Chafa Echols is terminated.

The Court has weighed the factors outlined in 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), and finds that terminating supervised release is warranted by the conduct of the Defendant and the interest of justice. This order ends the Defendant's obligation to report to the probation department and comply with court-ordered conditions of supervised release.

DATED this 24th day of September, 2024.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER TERMINATING SUPERVISED RELEASE – 1
*(United States v. Echols, No. 2:18-cr-00131-RAJ)*

**Allen, Hansen, Maybrown & Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681